**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MARY WALKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-2380-KHV/JPO |
| ) | |
| MYERS TIRE SUPPLY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Good cause appearing therefore, and upon the written stipulation of Plaintiffs and Defendant Myers Tire Supply Distribution, Inc., it is hereby ORDERED that plaintiffs' suit and causes of action against Defendant Myers Tire Supply Distribution, Inc. shall be dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Dated this 22nd day of November 2005 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
UNITED STATES DISTRICT JUDGE